1 | LAWRENCE E. SKIDMORE, CSB # 137587
lskidmore@asllaw.com
2 | RALPH E. LAIRD, CSB #166984
rlaird@asllaw.com
3 | ARONOWITZ SKIDMORE LYON
A Professional Law Corporation
4 | 200 Auburn Folsom Road, Suite 305
Auburn, California 95603
5 | Telephone: (530) 823-9736
Fax: (530) 823-5241

Attorneys for TD Sports Group, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESILIENT FLOOR COVERING PENSION FUND, <br><br> And, <br><br> BOARD OF TRUSTEES OF THE RESILIENT FLOOR COVERING PENSION FUND <br><br> Plaintiffs, <br><br> v. <br><br> TD SPORTS GROUP, LLC a California LLC <br><br> Defendant. | Case No.: 4:22-cv-04649-HSG <br><br> ORDER ON STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND INITIAL DISCLOSURES **(as modified)** |

Pursuant to the Stipulation of Plaintiff RESILIENT FLOOR COVERING PENSION FUND and defendant TD SPORTS GROUP, LLC, the Court hereby modifies the Order Setting Initial Case Management Conference and ADR Deadlines as follows:

1. The Telephonic Initial Case Management Conference is continued to December 13, 2022, at 2:00 p.m.

2. The last day for the Parties to file Rule their 26(f) Report and Case Management Statement per Standing Order re Contents of Joint Case Management Statement is December 6, 2022.

3.      The Parties shall serve their initial disclosure no later than January 11, 2023.

PURSUANT TO THE STIPULATION IT IS SO ORDERED.

Dated: 10/26/2022

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge