# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Resilient Floor Covering Pension Fund, et al,

                                    Plaintiff(s)

v.

TD Sports Group, LLC,

                                    Defendant(s)

CASE No.    4:22-cv-04649-HSG

STIPULATION AND ORDER
SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

- ☑ **Mediation** (ADR L.R. 6)

- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

- ☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

- ☑ other requested deadline:  04/30/2023

Date: 02/01/2023

Date: 02/01/2023

/s/ Michael J. Korda
_____
Attorney for Plaintiff
/s/ Lawrence E. Skidmore
_____
Attorney for Defendant

☒  IT IS SO ORDERED.
☐  IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:   2/1/2023

*Haywood S. Gill, Jr.*
_____
U.S. DISTRICT JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."