George M. Kraw (SBN 71551)
Katherine A. McDonough (SBN 241426)
Michael J. Korda (88572)
Kraw Law Group, APC
605 Ellis Street, Suite 200
Mountain View, CA 94043
Telephone: (650) 314-7800
Facsimile: (650) 314-7899
gkraw@kraw.com
kmcdonough@kraw.com
mkorda@kraw.com

Attorneys for Plaintiffs:
Resilient Floor Covering Pension Fund, and
Board of Trustees of the Resilient Floor Covering Pension Fund

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

(OAKLAND DIVISION)

| | |
|---|---|
| RESILIENT FLOOR COVERING PENSION FUND, <br><br> And <br><br> BOARD OF TRUSTEES OF THE RESILIENT FLOOR COVERING PENSION FUND, <br><br> Plaintiffs, <br><br> v. <br><br> TD SPORTS GROUP, LLC, a California LLC <br><br> Defendant. | CASE NO. 4:22-cv-04649-HSG <br><br> **STIPULATION AND ORDER (1) ALLOWING PLAINTIFFS TO FILE A FIRST AMENDED COMPLAINT** |

By and through their undersigned counsel, Plaintiffs Resilient Floor Covering Pension Plan and Board of Trustees of Resilient Floor Covering Pension Plan, and Defendant TD Sports Group, LLC, do hereby stipulate and request as set forth herein below:

WHEREAS,

1. On August 11, 2022, the Plaintiffs filed their Complaint.
2. On November 14, 2022, Defendant filed a Motion to Dismiss the Complaint.
3. On January 26, 2023, the Court, denied Defendant's motion.
4. The Court also held a Case Management Conference in this matter on January 26, 2023, in which, among other things, it set March 24, 2023, as the date by which to file any amended pleadings.
5. The Plaintiff wishes to file an Amended Complaint in this matter.
6. After meeting and conferring, counsel for Defendant has graciously agreed to stipulate to the filing of the Amended Complaint.
7. Counsel also agreed that once the Amended Complaint is filed, Defendant will file its Answer 20 days after service of said Amended Complaint.

THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:

A. Plaintiffs shall file their Amended Complaint on or before March 24, 2023.
B. Defendant shall file its responsive pleadings no later than 20 days after service of said Amended Complaint.

Respectfully Submitted,

DATED: March 8, 2023

ARONOWITZ SKIDMORE LYON
A PROFESSIONAL CORPORATION

By: /s/ Lawrence K. Skidmore
LAWRENCE K. SKIDMORE
*Counsel for Defendant*
*TD Sports Group, LLC*

/ / /

/ / /

| | |
|---|---|
| DATED: March 8, 2023 | KRAW LAW GROUP, APC |
| | |
| | By: /s/ Michael J. Korda |
| | Michael Korda |
| | *Counsel for Plaintiffs* |
| | *Resilient Floor Covering Pension Plan and* |
| | *Board of Trustees of Resilient Floor Covering* |
| | *Pension Plan* |

### SIGNATURE ATTESTATION

The filer hereby attests that he obtained the consent of all signatories hereto to the execution of their electronic signatures and the filing of this document.

Date: March 8, 2023                              /s/ Michael J. Korda

                                                 Michael J. Korda

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, it is hereby ordered as follows:

(A)     Plaintiffs shall file its Amended Complaint on or before March 24, 2023,

(B)     Defendants shall file their responsive pleadings no later than 20 days after service of said Amended Complaint.

IT IS SO ORDERED.

Dated: 3/13/2023

*(signature)*

THE HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE