George M. Kraw (SBN 71551)
Katherine A. McDonough (SBN 241426)
Michael J. Korda (88572)
Kraw Law Group, APC
605 Ellis Street, Suite 200
Mountain View, CA 94043
Telephone: (650) 314-7800
 Facsimile: (650) 314-7899
gkraw@kraw.com
kmcdonough@kraw.com
mkorda@kraw.com

Attorneys for Plaintiffs:
Resilient Floor Covering Pension Fund, and
Board of Trustees of the Resilient Floor Covering Pension Fund

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

(OAKLAND DIVISION)

| | |
|---|---|
| RESILIENT FLOOR COVERING PENSION FUND,<br><br>And<br><br>BOARD OF TRUSTEES OF THE RESILIENT FLOOR COVERING PENSION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>TD SPORTS GROUP, LLC, a California LLC<br><br>Defendant. | CASE NO. 4:22-cv-04649-HSG<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO COMPLETE MEDIATION AND AMEND SCHEDULING ORDER** |

By order of the court issued on May 2, 2023, the parties through their undersigned counsel, met and conferred regarding an Amended Scheduling Order except for keeping the pre-trial and trial dates as previously ordered by the court. Plaintiffs Resilient Floor Covering Pension Plan and Board of Trustees of Resilient Floor Covering Pension Plan, and Defendant TD Sports Group, LLC, do hereby stipulate and request as set forth herein below:

WHEREAS,

1. On May 2, 2023, the Court had a hearing on the parties' previous Stipulation and Proposed Order, which proposed vacating the mediation completion date and moving other dates previously set by Court;

2. At the hearing above, the Court indicated it was amenable to moving the mediation completion and other dates, **except the pre-trial and trial dates, which as of May 2, 2023, the Court would not move;**

3. Pursuant to the Court's instructions, the parties met and conferred and **HEREBY STIPULATE** to the following schedule;

4. 

| Event | Proposed Deadline |
|---|---|
| (a) Last Day to Complete Mediation | August 4, 2023 |
| (b) Close of Fact Discovery | August 25, 2023 |
| (c) Exchange of Opening Expert Reports | September 15, 2023 |
| (d) Exchange of Rebuttal Expert Reports | October 2, 2023 |
| (e) Close of Expert Discovery | October 13, 2023 |
| (f) Dispositive Motion Hearing Deadline | November 2, 2023 |
| (g) Pretrial Conference | December 19, 2023 |
| (h) Trial Date | January 16, 2024 |

Respectfully Submitted,

DATED: May 11, 2023

ARONOWITZ SKIDMORE LYON
A PROFESSIONAL CORPORATION

By: /s/ Ralph E. Laird

|   |   |
|---|---|
|   | RALPH E. LAIRD<br>*Counsel for Plaintiff*<br>*TD Sports Group, LLC* |
| DATED: May 11, 2023 | KRAW LAW GROUP, APC |
|   | By: /s/ Michael J. Korda<br>Michael Korda<br>*Counsel for Plaintiffs*<br>*Resilient Floor Covering Pension Plan and*<br>*Board of Trustees of Resilient Floor Covering*<br>*Pension Plan* |

### SIGNATURE ATTESTATION

The filer hereby attests that he obtained the consent of all signatories hereto to the execution of their electronic signatures and the filing of this document.

Date: May 11, 2023                                         /s/ Michael J. Korda
                                                                         Michael J. Korda

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, it is hereby ordered as follows:

(A) The April 26, 2023 deadline to complete the mediation in this matter is hereby vacated, and

(B) The new deadline to complete the mediation is hereby August 4, 2023.

(C) The Scheduling Order filed January 27, 2023 is modified so that the applicable deadlines and court dates are changed to the following dates:

| Event | Deadline |
| --- | --- |
| (a) Last Day to Complete Mediation | August 4, 2023 |
| (b) Close of Fact Discovery | August 25, 2023 |
| (c) Exchange of Opening Expert Reports | September 15, 2023 |
| (d) Exchange of Rebuttal Expert Reports | October 2, 2023 |
| (e) Close of Expert Discovery | October 13, 2023 |
| (f) Dispositive Motion Hearing Deadline | November 2, 2023 |
| (g) Pretrial Conference | December 19, 2023 |
| (h) Trial Date | January 16, 2024 |

IT IS SO ORDERED.

Dated: 5/11/2023

*Haywood S. Gilliam, Jr.*

THE HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE