George M. Kraw (SBN 71551)
Katherine A. McDonough (SBN 241426)
Michael J. Korda (SBN 88572)
Jessica M. Alvarez (311575)
Kraw Law Group, APC
605 Ellis Street, Suite 200
Mountain View, CA 94043
Telephone: (650) 314-7800
Facsimile: (650) 314-7899
gkraw@kraw.com
kmcdonough@kraw.com
mkorda@kraw.com
jalvarez@kraw.com

Attorneys for Plaintiffs:
Resilient Floor Covering Pension Fund, and
Board of Trustees of the Resilient Floor Covering Pension Fund

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

(OAKLAND DIVISION)

| | |
|---|---|
| RESILIENT FLOOR COVERING PENSION FUND, <br><br> And, <br><br> BOARD OF TRUSTEES OF THE RESILIENT FLOOR COVERING PENSION FUND, <br><br> Plaintiffs, <br><br> v. <br><br> TD SPORTS GROUP, LLC, a California LLC <br><br> Defendant. | CASE NO. 4:22-cv-04649-HSG <br><br> **ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO COMPLETE MEDIATION** |

The Court has reviewed the Stipulation to Extend the Deadline to Complete Mediation between Plaintiffs and Defendants. Based upon the arguments therein, and good cause appearing, the Stipulation is GRANTED as follows:

1. The Plaintiffs and Defendant shall have until August 25, 2023 to complete mediation.

IT IS SO ORDRED.

Dated: 7/27/2023

*Haywood S. Gilliam Jr.*
United States District Judge