**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

(SAN FRANCISCO / OAKLAND DIVISION)

| | |
|---|---|
| RESILIENT FLOOR COVERING PENSION FUND, <br><br> And, <br><br> BOARD OF TRUSTEES OF THE RESILIENT FLOOR COVERING PENSION FUND, <br><br> Plaintiffs, <br><br> v. <br><br> TD SPORTS GROUP, LLC, a California LLC <br><br> Defendant. | CASE NO. 4:22-cv-04649-HSG <br><br> **ORDER GRANTING STIPULATION TO DISMISS PLAINTIFFS ALTER-EGO CLAIM FOR RELIEF AGAINST DEFENDANT** |

The Court has reviewed the Stipulation to Dismiss Plaintiffs' alter-ego claim for relief against Defendant, entered into by the Plaintiffs and Defendant. Based upon the arguments therein, and good cause appearing, the Stipulation is GRANTED as follows:

1. The Plaintiffs shall dismiss the alter-ego claim for relief against Defendant.

//

//

//

2. Plaintiffs will only pursue the withdrawal liability/successor liability and declaratory claims for relief against Defendant.

IT IS SO ORDERED.

Dated: 12/26/2023

*Haywood S. Gilliam Jr.*
United States District Judge