George M. Kraw (SBN 71551)
Katherine A. McDonough (SBN 241426)
Michael J. Korda (SBN 88572)
Jessica M. Alvarez (311575)
Kraw Law Group, APC
605 Ellis Street, Suite 200
Mountain View, CA 94043
Telephone: (650) 314-7800
Facsimile: (650) 314-7899
gkraw@kraw.com
kmcdonough@kraw.com
mkorda@kraw.com
jalvarez@kraw.com

Attorneys for Plaintiffs:
Resilient Floor Covering Pension Fund, and
Board of Trustees of the Resilient Floor Covering Pension Fund

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

(OAKLAND DIVISION)

| | |
|---|---|
| RESILIENT FLOOR COVERING PENSION FUND, <br><br> And, <br><br> BOARD OF TRUSTEES OF THE RESILIENT FLOOR COVERING PENSION FUND, <br><br> Plaintiffs, <br><br> v. <br><br> TD SPORTS GROUP, LLC, a California LLC <br><br> Defendant. | CASE NO. 4:22-cv-04649-HSG <br><br> **STIPULATION AND ORDER TO HAVE WITNESSES APPEAR REMOTELY VIA ZOOM (as modified)** |

Plaintiffs Resilient Floor Covering Pension Plan and Board of Trustees of Resilient Floor Covering Pension Plan, and Defendant TD Sports Group, LLC, do hereby stipulate and request as set forth herein below:

WHEREAS, trial is scheduled to begin on January 16, 2024 in Oakland, California;

1  WHEREAS, the parties intend to call witnesses to testify, who will have difficulty appearing
2  in person during the trial;

3  WHEREAS, on December 19, 2023, this Court advised counsel for the parties to submit a
4  written request or in the alternative, a stipulation and proposed order for any witness that needs to
5  appear remotely and/or via Zoom during trial.

6  WHEREAS, in the interest of the time and resources of the Court, the parties and witnesses,
7  the parties agree the following witnesses may appear remotely:

8      1. Timothy Ryan Sterrett
9      2. Kevin Couch
10     3. Robert Gloeckner; and
11     4. John Pla

12 WHEREAS, the Defendant TD Sports, LLC reserves the right to call Robert Gloeckner to
13 testify in person, if needed;

14 WHEREAS, this stipulation does not affect, delay, or modify the trial date set by the Court;

15 NOW THEREFORE, the parties STIPULATE and AGREE as follows:

16 The parties stipulate that the above listed witnesses may appear remotely, via zoom.

17 The parties further stipulate that Defendant TD Sports, LLC reserves the right to call Robert
18 Gloeckner to testify in person, if needed.

20 Dated: January 8, 2024               KRAW LAW GROUP, APC

21                                     /s/ Michael J. Korda
                                       Michael J. Korda
22
23                                     *Attorneys for Plaintiffs*

24 Dated: January 8, 2024               ARONOWITZ, SKIDMORE, LYON
25                                     A professional corporation

26                                     /s/ Ralph E. Laird
                                       Ralph E. Laird
27
28                                     *Attorneys for Defendant*

**SIGNATURE ATTESTATION**

The filer hereby attests that he obtained the consent of all signatories hereto to the execution of their electronic signatures and the filing of this document.

Date: January 8, 2024                                              /s/ Michael J. Korda
                                                                              Michael J. Korda

| | |
|---|---|
| 1 | George M. Kraw (SBN 71551) |
| 2 | Katherine A. McDonough (SBN 241426) |
|   | Michael J. Korda (SBN 88572) |
| 3 | Jessica M. Alvarez (311575) |
|   | Kraw Law Group, APC |
| 4 | 605 Ellis Street, Suite 200 |
|   | Mountain View, CA 94043 |
| 5 | Telephone: (650) 314-7800 |
|   | Facsimile: (650) 314-7899 |
| 6 | gkraw@kraw.com |
| 7 | kmcdonough@kraw.com |
|   | mkorda@kraw.com |
| 8 | jalvarez@kraw.com |

Attorneys for Plaintiffs:
Resilient Floor Covering Pension Fund, and
Board of Trustees of the Resilient Floor Covering Pension Fund

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

(OAKLAND DIVISION)

| | |
|---|---|
| RESILIENT FLOOR COVERING PENSION FUND, | CASE NO. 4:22-cv-04649-HSG |
| And, | **ORDER GRANTING STIPULATION TO HAVE WITNESSES APPEAR REMOTELY VIA ZOOM (as modified)** |
| BOARD OF TRUSTEES OF THE RESILIENT FLOOR COVERING PENSION FUND, | |
| Plaintiffs, | |
| v. | |
| TD SPORTS GROUP, LLC, a California LLC | |
| Defendant. | |

The Court has reviewed the Stipulation to have witnesses appear remotely via zoom, entered into by the Plaintiffs and Defendant. Based upon the arguments therein, and good cause appearing, the Stipulation is GRANTED as follows:

1. The following witnesses may appear via zoom:

1  A. Timothy Ryan Sterrett

2  B. Kevin Couch

3  C. Robert Gloeckner

4  D. John Pla

5  2. Defendant TD Sports, LLC reserves the right to call Robert Gloeckner to appear in person.

6  IT IS SO ORDRED. The Clerk will e-mail counsel the Zoom information for the witnesses to use.

Dated:  1/8/2024

*Haywood S. Gilliam Jr.*
United States District Judge