George M. Kraw (SBN 71551)
Katherine A. McDonough (SBN 241426)
Michael J. Korda (SBN 88572)
Jessica M. Alvarez (311575)
Kraw Law Group, APC
605 Ellis Street, Suite 200
Mountain View, CA 94043
Telephone: (650) 314-7800
Facsimile: (650) 314-7899
gkraw@kraw.com
kmcdonough@kraw.com
mkorda@kraw.com
jalvarez@kraw.com

Attorneys for Plaintiffs:
Resilient Floor Covering Pension Fund, and
Board of Trustees of the Resilient Floor Covering Pension Fund

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO / OAKLAND DIVISION)

| | |
|---|---|
| RESILIENT FLOOR COVERING PENSION FUND, <br><br> And, <br><br> BOARD OF TRUSTEES OF THE RESILIENT FLOOR COVERING PENSION FUND, <br><br> Plaintiffs, <br><br> v. <br><br> TD SPORTS GROUP, LLC, a California LLC <br><br> Defendant. | CASE NO. 4:22-cv-04649-HSG <br><br> **ORDER GRANTING STIPULATION RE EXHIBIT CLARIFICATION** |

The Court has reviewed the Stipulation regarding Exhibit Clarification, entered into by the Plaintiffs and Defendant. Based upon the arguments therein, and good cause appearing, the Stipulation is GRANTED as follows:

//

//

ORDER  - 1 -
CASE NO. 4:22-CV-04649-HSG

1. Robert Gloeckner's deposition Exhibit 41 is the same as Trial Exhibit 212, which was admitted into evidence.

IT IS SO ORDERED.

Dated: 1/22/2024

*Haywood S. Gill, Jr.*
United States District Judge