LAWRENCE E. SKIDMORE, CSB # 137587
lskidmore@asllaw.com
RALPH E. LAIRD, CSB #166984
rlaird@asllaw.com
ARONOWITZ SKIDMORE LYON
A Professional Law Corporation
200 Auburn Folsom Road, Suite 305
Auburn, California 95603
Telephone: (530) 823-9736
Fax: (530) 823-5241

Attorneys for TD Sports Group, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESILIENT FLOOR COVERING PENSION FUND, <br><br> And, <br><br> BOARD OF TRUSTEES OF THE RESILIENT FLOOR COVERING PENSION FUND <br><br> Plaintiffs, <br><br> v. <br><br> TD SPORTS GROUP, LLC a California LLC <br><br> Defendant. | Case No.: 4:22-cv-04649-HSG <br><br> ORDER CONTINUING DEADLINE TO FILE FINDINGS OF FACT AND CONCLUSIONS OF LAW AND CONTINUING HEARING DATE FOR CLOSING ARGUMENT <br><br> Trial Dates:  January 16, 17, and 18, 2024 |

The Court has reviewed the Stipulation to Extend Deadline to File Findings of Fact and Conclusions of Law and Continue Hearing Date for Closing Argument entered into by the Plaintiffs and the Defendant.  Based upon the statements therein, and good cause appearing, the Court hereby ORDERS as follows:

///

///

**1**

**Order Continuing Filing Deadline and Hearing Date**

1    The deadline for each of the parties to file their respective proposed findings of fact and

2    conclusions of law is extended.  The new filing deadline is February 26, 2024.

3    The hearing date for closing argument with regard to the proposed findings of fact and

4    conclusions of law is continued to March 15, 2024, at 10:00 a.m., in Courtroom 2.

5

6

7    Date:  1/25/2024

8    United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**2**

**Order Continuing Filing Deadline and Hearing Date**