# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| RESILIENT FLOOR COVERING PENSION FUND,<br><br>And,<br><br>BOARD OF TRUSTEES OF THE RESILIENT FLOOR COVERING PENSION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>TD SPORTS GROUP, LLC, a California Limited Liability Company,<br><br>Defendant. | CASE NO. 4:22-cv-04649-HSG<br><br>**JUDGMENT** |

This matter was tried before this Court without a jury on January 16 through 18, 2024. On March 15, 2024, this Court heard closing arguments. After careful review and consideration of the evidence, this Court finds in favor of Plaintiffs RESILIENT FLOOR COVERING PENSION FUND AND BOARD OF TRUSTEES OF THE RESILIENT FLOOR COVERING PENSION FUND ("Plaintiffs") and against Defendant TD SPORTS GROUP, LLC ("Defendant"), a California Limited Liability Company.

IT IS ORDERED AND ADJUDGED THAT DEFENDANT is liable for the withdrawal liability as calculated by the Plaintiffs, along with penalties, interest, and attorney fees pursuant to statute.

IT IS FURTHER ORDERED AND ADJUDGED THAT PLAINTIFFS shall recover from DEFENDANT:

| | |
|---|---|
| Withdrawal Liability: | $808,615.00 |
| Interest: | $248,933.38 |
| Interest in lieu of Liquidated Damages: | $248,933.38 |
| **Total:** | **$1,306,481.76** |

IT IS ALSO ORDERED AND ADJUDGED THAT PLAINTIFFS will have 30 days from the date of this judgment to file a motion for its attorneys' fees and costs, after Plaintiffs and Defendant have met and conferred, pursuant to the local rules.

Judgment is entered 12th day of February, 2025.

*[signature]*
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE