George M. Kraw (SBN 71551)
Katherine A. McDonough (SBN 241426)
Michael J. Korda (SBN 88572)
Jessica M. Alvarez (311575)
Kraw Law Group, APC
605 Ellis Street, Suite 200
Mountain View, CA 94043
Telephone: (650) 314-7800
Facsimile: (650) 314-7899
gkraw@kraw.com
kmcdonough@kraw.com
mkorda@kraw.com
jalvarez@kraw.com

Attorneys for Plaintiffs:
Resilient Floor Covering Pension Fund, and
Board of Trustees of the Resilient Floor Covering Pension Fund

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

(SAN FRANCISCO / OAKLAND DIVISION)

| | |
|---|---|
| RESILIENT FLOOR COVERING PENSION FUND, <br><br> And, <br><br> BOARD OF TRUSTEES OF THE RESILIENT FLOOR COVERING PENSION FUND, <br><br> Plaintiffs, <br><br> v. <br><br> TD SPORTS GROUP, LLC, a California LLC <br><br> Defendant. | CASE NO. 4:22-cv-04649-HSG <br><br> **ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS** |

The Court has reviewed the Stipulation to allow Plaintiffs until March 28, 2025 to file its motion for attorneys' fees and costs, entered into by the Plaintiffs and Defendant. Based upon the arguments therein, and good cause appearing, the Stipulation is GRANTED as follows:

//

//

ORDER  - 1 -
CASE NO. 4:22-CV-04649-HSG

1    The Plaintiffs will file its Motion for Attorneys' Fees and Costs no later than March 28, 2025.

2    IT IS SO ORDRED.

Dated: March 12, 2025

_____
United States District Judge