**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

(OAKLAND DIVISION)

| | |
|---|---|
| RESILIENT FLOOR COVERING PENSION FUND, <br><br> And, <br><br> BOARD OF TRUSTEES OF THE RESILIENT FLOOR COVERING PENSION FUND, <br><br> Plaintiffs, <br><br> v. <br><br> TD SPORTS GROUP, LLC, a California LLC <br><br> Defendant. | CASE NO. 4:22-cv-04649-HSG <br><br> **AMENDED JUDGMENT** |

 Before the court is the parties' Joint Stipulation to Amend the Judgment pursuant to "a binding settlement agreement" between the parties ("the Settlement Agreement."). The Court, having considered the record in this case, as applied to the applicable law, and for the good cause appearing therein, finds that entry of an amended judgment is appropriate. Accordingly, the court VACATES the Judgment entered in this matter on February 12, 2025, (ECF No. 95), and ENTERS THIS AMENDED JUDGMENT in accordance with the terms stated in the parties' Settlement Agreement (a copy of which is attached hereto as Exhibit 1 and incorporated herein by reference), as follows:

1  IT IS HEREBY ORDERED ADJUDGED AND DECREED:

2  Defendant TD Sports Group, LLC ("TD Sports") shall pay to the Plaintiffs a total of
3  $1,650,000 (the "Settlement Amount") payable in installments as follows:

4  a.   A one-time payment of FIFTY-THOUSAND DOLLARS ($50,000.00) within thirty
5       (30) days of the effective date of the Settlement Agreement;
6  b.   Thereafter, monthly installments of FIFTEEN THOUSAND DOLLARS
7       ($15,000.00), for One-Hundred And Six Months, plus a single payment of $10,000.00
8       with regard to the One Hundred and Seventh month, or otherwise until and if the
9       Settlement Amount is paid before the One Hundred and Seventh month

10 The Court retains jurisdiction of this action for the purposes of enforcing this Amended
11 Judgment in accordance with the Settlement Agreement until such time as all obligations thereunder
12 have been satisfied.

13
14 DATED:  5/21/2025

_____
Hon. Judge Haywood S. Gilliam, Jr.